## FOURTH DEPARTMENT, JANUARY, 1976

### (January 9, 1976)

■ SNYDER TANK CORP., Appellant, v WILLIAM BERNHARDT et al., Respondents.—Judgment unanimously affirmed, with costs, on the opinion at Trial Term, Hanley, J. (Appeal from judgment of Erie Supreme Court, in action for damages and injunction against former employee.) Present— Marsh, P. J., Moule, Mahoney, Goldman and Witmer, JJ.